UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRETTIPAUL,<br><br>　　　　Defendant. | No. 1:25-cv-00707-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AS MOOT<br><br>(ECF No. 18) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 3, 2025, Defendant Prettipaul filed an answer to the complaint. (ECF No. 16.)

On October 2025, the Court referred the case for post-screening alternative dispute resolution, stayed the case, and set the settlement conference for February 10, 2026. (ECF No. 17.) On this same date, Plaintiff filed a motion requesting a settlement conference. (ECF No. 18.) Inasmuch as this case is currently set for settlement conference on February 10, 2026, Plaintiff's motion is denied as moot.

IT IS SO ORDERED.

Dated:   **October 15, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1