UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALBERT HODGES,<br><br>              Plaintiff,<br><br>    v.<br><br>PRETTIPAUL,<br><br>              Defendant. | No. 1:25-cv-00707-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO OPT OF THE POST-SCREENING ADR PROJECT<br><br>(ECF No. 20)<br><br>ORDER LIFTING STAY OF PROCEEDINGS, VACATING JULY 29, 2025, SETTLEMENT CONFERENCE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      On October 6, 2025, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

      On November 4, 2025, Defendant filed a motion to opt out of the settlement conference. (ECF No. 20.) Defendant submits that based on their review of the case and discussion with

Plaintiff, a settlement conference would not be productive at this time. (Id.) After reviewing the notice, the Court finds good cause to grant Defendant's request. Therefore, the stay if lifted, and the February 10, 2026 settlement conference is vacated.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's request to opt out of the post-screening ADR project (ECF No. 20), is GRANTED;

2. The stay of this action (ECF No. 17) is LIFTED; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **November 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2