United States District Court
For the Eastern District of California

1
2  James Albert Hodges                1:25-cv-00707-JLT-SAB
3     V.                              1:25-CV-00707-SAB
4  Prettipaul      MAR 09 2026  Reply to Defendants motion
5                                     For Summary Judgment
6                                         A Brief

7  Comes Now James A. Hodges CDCR#V41134 plaintiff pro se,
8  And submits this plaintiff's Brief Response to Defendants
9  motion for summary judgment
10 On Wed March 4, 2026 plaintiff Ask the courts to deny defendant
11 motion for summary judgment Defendants have failed to demonstrate
12 that summary judgment is Appropriate As A matter Law, (1)
13 (1) plaintiff claim of inadequate mental health is cognizable
14 under Federal law, (2) defendant is liable for his failure
15 to provide adequate mental health And material facts
16 remain in genuine dispute for resolution At trial
17      II. Statement of Fact
18 On or About May 22, 2025 plaintiff suffered severe injury to his
19 Left Forearm by self-cut of A Suicide Attempt Which
20 result in 12 stitches early in the day plaintiff was
21 Seen by deffendant whom was sent out to interview
22 plaintiff for suicidal thinking during interview plaintiff explained
23 to defendant that he had plans of committing suicide by cutting
24 his vein open And Bleeding out   it should be noted
25 defendant had prior Knowledge of plaintiff history of past
26 Suicide Attempts And Risk Factor  for personal And not
27 professional reason defendant made the decision
28 to deliberately

1 of 3

1. go Against Admitting And or placing plaintiff on suicide
2. watch thus preventing intervening stopping plaintiff
3. From Attempting to end his Life.

4.
5. III Defendant is Liable For Failing his Duty to provide
6. plaintiff Adequate mental health
7.    A introduction
8.    Defendant motion For Summary Judgment Focus not
9.    on if defendant innocence but rather plaintiff filed
10.   AN exhausted prison remedies before filing
11.   Lawsuit plaintiff file a grievance However internal
12.   Affairs delayed exhausted grievance defendants
13.   Motion For Summary Judgment Should not granted based
14.   on Rather plaintiff exhausted grievance because its
15.   out of his hands

16.
17. I Ask the court to deny defendant motion for summary
18. Judgment plaintiff Ask the court stay Lawsuit grounds
19. For Jury trial for it remain in genuine dispute
20. For resolution only by trial
21. burden of Facts
22. it is on defendant to prove why he is not Liable or
23. responsible only A Jury can determine I Ask the court
24. the question who was responsible for ensuring plaintiff an
25. provide safety the day of his suicide Attempt who is responsible
26. to ensure plaintiff Don't Act on his thoughts. I wouldn't wish mental illness
27. on nobody Are Learning disability So many Lives have been Lost people feeling
28. nobody understand them mental illness is real

1. I ask the court to grant plaintiff request and
2. rights to Jury trial.

5. I, the undersigned say I declare under penalty of perjury
6. under the Laws of the state of California that
7. the foregoing Allegations herein are true correct

Signature
Onna Hedge

Date March/4/2026