**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ALBERT HODGES, | No. 1:25-cv-00707 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST THE ADMINISTRATIVE REMEDIES |
| v. | |
| PRETTIPAUL, | |
| Defendant. | (Docs. 29, 34) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On April 14, 2026, the assigned magistrate judge issued Findings and Recommendations recommending Defendant's motion for summary judgment for failure to exhaust the administrative remedies be granted. (Doc. 34.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 34 at 9.) The Court advised the parties the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 14, 2026 (Doc. 34) are **ADOPTED** in full.

2. Defendant's motion for summary judgment (Doc. 29) is **GRANTED**.

3. The instant action is dismissed, without prejudice, for failure to exhaust the administrative remedies.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

UNITED STATES DISTRICT JUDGE