# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ALBERT HODGES ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:25–CV–00707–JLT–SAB** |
| **PRETTIPAUL , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/15/2026 .**

ENTERED:   **May 15, 2026**        /s/  **Keith Holland**

Clerk of Court